(May 9, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARDO GEORGE, Appellant.— Judgment, Supreme Court, New York County, rendered on June 26, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Markewich, J. P., Murphy, Lupiano, Steuer and Lane, JJ.

■ MIRIAM BLOOM, Plaintiff, v. ARTHUR BLOOM, Appellant, and SCHAEFFER, MACKLER, BROTHERS & ROSENBERG, P. C., Respondents.— Order of the Supreme Court, New York County, entered on October 15, 1973, which awarded fees and disbursements to the outgoing attorneys for plaintiff, unanimously modified, on the law and the facts, to the extent of reducing the award to $2,000 and otherwise affirmed, without costs and without disbursements. On the present record, we find that the award was excessive to the extent indicated. Concur — McGivern, P. J., Markewich, Nunez, Capozzoli and Lane, JJ.

■ ALBERT ROSSI, Respondent, v. AVIS RENT A CAR SYSTEM, INC., Appellant.— Order, Supreme Court, Bronx County, entered January 25, 1974, unanimously modified, on the law, on the facts and as a matter of discretion to delete the provision for the service of a complaint within 30 days, and otherwise affirmed, without costs and without disbursements. The summons in this action was served August 20, 1971. Despite a notice of appearance and an explicit demand, no complaint has ever been served. Defendant moved to dismiss the complaint. Plaintiff defaulted on the motion. The court granted the motion on default but allowed plaintiff 30 days to serve a complaint. The grant of extra time to serve a complaint was an abuse of discretion. There was no affidavit of merits, no excuse for the inordinate delay, and, in fact, no opposition at all. Concur — Nunez, J. P., Kupferman, Lupiano, Steuer and Tilzer, JJ.

■ MARY STENNIE et al., Respondents, v. LEVEN REALTY CO., INC., Appellant.— Judgment, Supreme Court, New York County, entered on July 23, 1973, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiffs-respondents within 20 days of service upon them by the defendant-appellant of a copy of the order entered herein, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdicts, and to the entry of an amended judgment, as follows: For Mary Stennie — $60,000; For Paul Stennie — $15,000. If the plaintiffs-respondents consent to the reductions, the judgment as so amended and reduced is affirmed, without costs and without disbursements. The amounts awarded by the jury were excessive and a judgment exceeding the amounts indicated is not warranted on this record. Concur — Nunez, J. P., Kupferman, Lupiano, Steuer and Tilzer, JJ.